08-00452 MJJ

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jonathan Lee Riches©,
Plaintiff

Civil no: 550

v.

Janet Yellen a/b/a San Francisco Federal Reserve Bank President,
Defendant

Complaint

Comes now Plaintiff Jonathan Lee Riches©, moves under 42 USC 1983. Defendant won't help me with my appeal, they took my money and froze my Inmate Account at FCI Williamsburg, I can't buy anything, I have no cash, no credit. This is unconstitutional. I seek a bi millions in federal reserve notes.

Respectfully
Submitted
Jonathan Lee Riches©